✓ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 2 3 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JeAnna Anderson,<br><br>        Plaintiff,<br><br>v.<br><br>Anthony Armour, Jr., *et al.*,<br><br>        Defendant(s). | No. CV-16-03563-PHX-JJT<br><br>**VERDICT FORM** |

We, the jury, duly empaneled in the above-entitled action find as follows:

# Verdict Form 1

### 42 U.S.C. § 1983 (Excessive Force)

Do you find by a preponderance of the evidence that Defendant Armour violated Plaintiff's constitutional rights by using excessive force?

    Yes _____                                  (No) ✓

**Proceed to Verdict Form 2.**

# Verdict Form 2

## Assault and Battery

1. Do you find by a preponderance of the evidence that Defendant Armour used physical force on Plaintiff?

 Yes ✓          No _____

**If your answer to Question 1 is "No," please skip to Verdict Form 3. If your answer to Question 1 is "Yes," please respond to the following question.**

2. Do you find by a preponderance of the evidence that the physical force Defendant Armour used on Plaintiff was justified?

 Yes ✓          No _____

**If your answer to Question 2 is "Yes," please skip to Verdict Form 3. If your answer to Question 2 is "No," please respond to the following question.**

3. Do you find by a preponderance of the evidence that Defendant Armour engaged in civil assault and battery against Plaintiff?

Yes _____          No _____

**If your answer to Question 3 is "No," please skip to Verdict Form 3. If your answer to Question 3 is "Yes," please respond to the following question.**

4. Do you find by a preponderance of the evidence that Defendant City of Phoenix is also responsible for the acts of Defendant Armour constituting civil assault and battery?

Yes _____                               No _____

**Proceed to Verdict Form 3.**

# Verdict Form 3

## Intentional Infliction of Emotional Distress

1. Do you find by a preponderance of the evidence that Defendant Armour's conduct was extreme and outrageous?

    Yes _____                    (No) ✓ _____

**If your answer to Question 1 is "Yes," please respond to the following question. If your answer to Question 1 is "No," skip to Verdict Form 4.**

2. Do you find by a preponderance of the evidence that Defendant Armour intended to cause Plaintiff Anderson severe emotional distress or recklessly disregarded the near certainty that emotional distress would result from his conduct?

    Yes _____                    No _____

**If your answer to Question 2 is "Yes," please respond to the following question. If your answer to Question 2 is "No," skip to Verdict Form 4.**

3. Do you find by a preponderance of the evidence that the conduct of Defendant Armour caused Plaintiff to suffer severe emotional distress?

    Yes _____                    No _____

**If your answer to Question 3 is "Yes," please respond to the following question. If your answer to Question 3 is "No," skip to Verdict Form 4.**

4. Do you find by a preponderance of the evidence that Defendant City of Phoenix is also responsible for the acts of Defendant Armour constituting Intentional Infliction of Emotional Distress?

Yes _____                              No _____

**Proceed to Verdict Form 4.**

## Verdict Form 4

If you found in favor of Defendant Armour and against Plaintiff on Verdict Forms 1 through 3, you do not have to consider whether Plaintiff suffered damages. You should skip to the end of the entire verdict form and sign it, leaving the damages amounts blank.

If you found in favor of Plaintiff on any of Verdict Forms 1 through 3, then with respect to those claims for which you found for Plaintiff, you must determine whether Plaintiff suffered damages as a result of the actions that led you to find in her favor and the total amount of such compensatory damages.

Plaintiff's compensatory damages                $_____
(excluding punitive damages)

If you found in favor of Plaintiff on more than one Verdict Form, please indicate what compensatory damages you award for each of the claims for which you found for Plaintiff. The numbers below must add up to the total compensatory damages figure above.

Claim/Verdict Form 1—Section 1983 Excessive Force      $_____

Claim/Verdict Form 2—Assault/Battery                   $_____

Claim/Verdict Form 3—Intentional Infliction Emotional Distress $_____

**Proceed to Verdict Form 5.**

## Verdict Form 5

If you found in favor of Defendant Armour and against Plaintiff on Verdict Form 1, you do not have to consider whether Plaintiff is entitled to punitive damages. You should skip to the end of this verdict form and sign it, leaving the amount of punitive damages blank.

If you found in favor of Plaintiff on Verdict Form 1, do you find that Plaintiff is entitled to punitive damages against Defendant Armour?

Yes _____        No _____

If your answer to this question is yes, what is the amount of punitive damages you award against Defendant Armour in favor of Plaintiff?

$_____

DATED: 10/23/2020

_____
Foreperson