FILED ___ LODGED
RECEIVED ___ COPY

OCT 23 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JeAnna Anderson,<br><br>   Plaintiff,<br><br>v.<br><br>Anthony Armour, Jr., *et al.*,<br><br>   Defendant(s). | No. CV-16-03563-PHX-JJT<br><br>**SPECIAL INTERROGATORIES** |

  1. Do you unanimously find by a preponderance of the evidence that Officer Armour intentionally touched Plaintiff JeAnna Anderson's breast in a sexually inappropriate manner?

    YES _____     (NO) ✓_____

  2. Do you unanimously find by a preponderance of the evidence that Officer Armour intentionally reached inside Plaintiff JeAnna Anderson's pants and touched her in a sexually inappropriate manner?

    YES _____     (NO) ✓_____

           DATED: __10/23/2020__

               \_\_\_\|_____
               Foreperson